WARD LaFRANCE TRUCK CORPORATION, Appellant, v. KENNETH R. MILLER,

Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.